**Robert Wayne SMITH, Plaintiff—Appellant,**

v.

**Officer CRAWLEY; C. Covington, Lieutenant; J.K. Bennett, Superintendent; L. Gibson, Sergeant; Rick Jackson, Warden, Defendants—Appellees.**

No. 06–6921.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 24, 2006.

Decided: Aug. 31, 2006.

Robert Wayne Smith, Appellant Pro Se.

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Wayne Smith appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.* *Smith*

---

* The first sentence of the first full paragraph on page two of the district court's order reads "Plaintiff's allegations regarding Officer

Crawley's use of profanity do rise to the level of a constitutional challenge." We note that this is a typographical error because it is clear

*v. Crawley,* No. 3:06–cv–00179–3 (W.D.N.C. Apr. 24, 2006). Smith's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

the district court intended to state that Smith's claims "do *not* rise to the level of a